**COUNTY OF SOMERSET**
**OFFICE OF THE COUNTY COUNSEL**
21 North Bridge Street
P.O. Box 1034
Somerville, New Jersey   08876
(908) 685-0900 (SDR 1281)
Attorneys for Defendant Somerset County Sheriff Frank J. Provenzano, Sr.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS I. GAGE,<br><br>Plaintiff(s)<br><br>vs.<br><br>WELLS FARGO BANK, NA AS and<br>SOMERSET COUNTY SHERIFF<br>FRANK J. PROVENZANO<br><br><br><br>Defendants | : Civil Action No. 3:11-cv-00862-FLW-TJB<br>:<br>:<br>:<br>:<br>:<br>: **CERTIFICATION OF**<br>: **THOMAS PRZYBYLSKI**<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

I, THOMAS PRZYBYLSKI, do hereby certify as follows:

1.  I am employed as the Sheriff's Sales Coordinator with the Somerset County Sheriff's
Office (hereinafter the "Sheriff's Office").  I have been employed with the Sheriff's Office since
1984 and involved with Sheriff's sales since 1991.  I have served as the Sales Coordinator since
2005. I personally coordinated the Sheriff's sale forming the subject of this lawsuit and submit this
Certification in support of the summary judgment motion filed on behalf of Defendant Somerset
County Sheriff Frank J. Provenzano, Sr. (hereinafter "Sheriff Provenzano") filed in connection with
the above-referenced matter.

2.  The factual background pertaining to the Sheriff's sale forming the subject of this lawsuit

is as follows:

    (a)  By way of letter dated April 26, 2010, attorneys for Wells Fargo Bank (hereinafter "WFB") forwarded to the Sheriff's Office a Writ of Execution entered by Mary C. Jacobson, P.J.Ch. on April 13, 2010 covering the property "more commonly known as 51 Hillcrest Boulevard, Warren, New Jersey 07059" (hereinafter the "Subject Property").  Also by way of this cover letter, the original Affidavit of Consideration and Short Form Description was forwarded to the Sheriff's Office as well.  **(See April 26, 2010 cover letter together with Writ of Execution, Short Form Description and Affidavit of Consideration attached hereto at Exhibit A).**

    (b)  Following receipt of the foregoing documents, the Sheriff's Office placed the appropriate sheriff's sale advertisement in three (3) newspapers (Courier News, Recorder Publisher, and Somerset Spectator) on May 13, 2010, May 20, 2010, May 27, 2010, and June 3, 2010.  **(See Sheriff's Sale Advertisement and Publication Worsheet attached hereto at Exhibit B).**

    (c)  On May 14, 2010, Sheriff's Officer Michael DeRosa posted the Sheriff's Sale Advertisement along with the Writ of Execution on the front door of the residence located at the Subject Property.  **(See Sheriff's Office Posting Report attached hereto at Exhibit C).**

    (d)  On June 4, 2010 and June 18, 2010, Plaintiff Thomas Gage (hereinafter "Mr. Gage") applied for and received adjournments of the Sheriff's sale pertaining to the Subject Property.  **(See Applications for Adjournment of Sheriff's Sale dated June 4, 2010 and June 18, 2010 attached hereto at Exhibit D).**

    (e)  The Sheriff's sale of the Subject Property took place on July 6, 2010 at which time a

WFB representative tendered the successful bid of $461,000.00.  **(See Sales Upset Report, Bidding Worksheet, Sales Worksheet, and executed Conditions of Sale Report attached hereto at Exhibit E).**

(f) By way of my letter dated September 15, 2010, I notified the attorneys for WFB of the amount due and owing the Sheriff's Office pursuant to the subject Sheriff's sale.  **(See copy of September 15th letter attached hereto at Exhibit F).**

(g) On September 27, 2010, the Sheriff's Office received payment forwarded by the attorneys for WFB.  **(See copy of September 15th letter and check stub attached hereto at Exhibit G).**

(h) On October 4, 2010, the Sheriff's Deed was executed covering title to the Subject Property.  **(See copy of Sheriff's Deed attached hereto at Exhibit H).**

(i) On October 28, 2010, the realty transfer fee and Sheriff's Deed were presented to the Somerset County Court Clerk's Office for filing.  **(See copy of County Clerk's Report, Payment Receipt and filed Sheriff's Deed attached hereto at Exhibit I).**

(j) On January 3, 2011, Sheriff's Office Andrew Mospack served Mr. Gage with a Writ of Possession at which time Mr. Gage refused to leave the Subject Property.  **(See Civil Process Report attached hereto at Exhibit J).**

(k) Upon information and belief, Mr. Gage raised with the Court legal arguments concerning whether the Writ of Possession could be executed given the purported existence of a "tenancy" situation.

(l) By way of letter dated August 4, 2011, attorneys for WFB advised Mr. Gage concerning a scheduled eviction at the Subject Property.  **(See copy of August 4, 2011 letter**

attached hereto at Exhibit K).

(m) On August 5, 2011 the Sheriff's Office received a Writ of Possession entered by Mary C. Jacobson, P.J.Ch. on August 2, 2011 with attached Certification to Support Issuance of Writ of Possession. **(See Writ of Possession entered by Judge Jacobson and Certification by Felicia Ekejiuba, Esq. attached hereto at Exhibit L).**

(n) On August 8, 2011, Judge Jacobson's Writ of Possession was executed at the Subject Property by representatives of the Sheriff's Office including myself.  Also present were Officers from the Warren Township Police Department as well as Mr. Gage himself.  **(See Civil Process Report attached hereto at Exhibit M).**

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By:_____

Name: Thomas Przybylski
Title:   Sales Coordinator

Dated: *12/20/2011*

4

# EXHIBIT A

# FEIN, SUCH, KAHN & SHEPARD, P.C.

## COUNSELLORS AT LAW

ALAN H. KAHN ◦ ▪
HENRY H. FEIN ◦ ▪
PHILIP A. KAHN ◦
JAMES E. SHEPARD
GREGG P. TABAKIN ◦
ERIC S. KAPNICK ◦
DEIRDRE R. WHEATLEY-LISS ◦ ▪
VINCENT DIMAIOLO, JR. ◦
MARIO A. SERRA, JR.
PETER R. DAY (1957-1990)

◦ ALSO MEMBER OF NY BAR
◦ ALSO MEMBER PA BAR
▪ ALSO MEMBER MD BAR
□ ALSO MEMBER MA BAR
• ALSO MEMBER FL BAR
† MEMBER NY BAR ONLY
◦ ALSO MEMBER CT BAR
▪ LL-M IN TAXATION
* ALSO MEMBER U.S TAX COURT
+ ALSO MEMBER DC BAR

◦ CERTIFIED ELDER LAW ATTORNEY •
CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL
ATTORNEY

OF COUNSEL
DONALD A. RICHARDS ◦ ▪
SHARI SEFFER ◦
ROBERT WINTERS ▪ ◦ ▪
MICHAEL S. REUTER ◦
DOUGLAS S. CHARIPPER ◦
BRIAN KINCAID ◦
HEIDI FEYLER †
STACEY C. MAIDEN

BRIAN P.S. McCABE
MICHAEL S. HANUSEK ◦
SAMIT PATEL ◦
RICHARD ZIMMERMAN
JOSHUA SEARS ◦
KRISTEN A. KLICS ◦
TAMMY TERRELL BENOZA □
STEVEN A. LOEB ◦ • †
NANCY E. CAMPANOZZI ◦ ◦
NICHOLAS J. CANOVA ◦
RAY A LEBRON
DAVID J. LEVINE
ALVIN L. DARBY ◦
RICHARD D. FEMANO ◦
MELISSA LICKER ◦ ◦
RICHARD A. GERBINO ◦
JESSICA A. BERRY
MONICA G. CHRISTIE ◦
DOLORES M. DE ALMEIDA
FELICIA EKEJIUBA ◦
DONNA M. MILLER
MAXIME H. BEAULIEU ◦
CHRISTOPHER KOOS
CHRISTINE GUARNERI ◦
SIMONE A. PERSAUD ◦

7 CENTURY DRIVE, SUITE 201
PARSIPPANY, NEW JERSEY 07054
(973) 538-9300

FACSIMILE (973) 538-8234

www.feinsuch.com

April 26, 2010

SHERIFF OF SOMERSET COUNTY
20 Grove St., PO Box 3000
Somerville, New Jersey 08876

    RE:  WELLS FARGO BANK, NA AS vs. THOMAS GAGE
    COMPLAINT FILING DATE - 06/13/08
    Docket No. F-22089-08
    Our File No. FHQ668

Dear Sir or Madam:

Enclosed herewith please find the Original and three (3) copies
of the Writ of Execution, together with a check in the sum of
$1,300.00 representing the deposit for publication.

Please proceed to advertise this sale of the mortgaged premises
and advise us of the sale date.

We are also enclosing the Original Affidavit of Consideration and
short form description pursuant to N.J.S. 2A-61-1, for your use
in advertising.

Very truly yours,

*Shari Seffer*

By: Shari Seffer

Enclosure
LAWYERS SERVICE

FEIN, SUCH, KAHN & SHEPARD, P.C.
7 Century Drive, Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
FHQ668
Attorney for Plaintiff



| | |
|---|---|
| WELLS FARGO BANK, NA AS TRUSTEE UNDER POOLING AND SERVICING AGEEMENT DATED AS OF JULY 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-FR3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FR3 | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION- SOMERSET COUNTY  DOCKET NO.: F-22089-08  CIVIL ACTION |

Plaintiff

vs.

THOMAS GAGE, et als.

Defendant

**WRIT OF EXECUTION**



The State of New Jersey

to the Sheriff of the County of SOMERSET

G R E E T I N G S :

Whereas, on the following date:

APRIL 12 , 2010 ,

by a certain Judgment in our Superior Court of New Jersey in a

certain cause pending, wherein the Plaintiff is;

WELLS FARGO BANK, NA AS TRUSTEE UNDER POOLING AND SERVICING
AGEEMENT DATED AS OF JULY 1, 2006 SECURITIZED ASSET BACKED
RECEIVABLES LLC TRUST 2006-FR3 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-FR3

and the following named parties are the Defendants:

THOMAS GAGE
AMERICAN EXPRESS TRAVEL RELATED SERVICES
JAEGER LUMBER & SUPPLY CO., INC.
SUMMIT MEDICAL GROUP

LUCIA GAGE

it was ordered and adjudged that certain mortgaged premises, with the appurtenances, in the Complaint, in the said cause particularly set forth and described, that is to say:

The mortgaged premises are described as set forth upon the RIDER ANNEXED HERETO AND MADE A PART HEREOF.

Together, with all and singular the rights, liberties, privileges, hereditaments an appurtenances thereunto belonging or in any way appertaining, and the reversion and remainders, rents issues and profits thereof, and also all the estate, right, title interest, use, property, claim and demand of the said Defendants of, in, to and out of the same, be sold, to pay and satisfy in the first place unto the Plaintiff, the sum of $814,646.32, being the principal and interest secured by a certain mortgage dated February 13, 2006 and given by ~~THOMAS GAGE and LUCIA GAGE~~, together with lawful interest thereon from 09/01/08 ~~together with lawful interest thereafter on the total sum due plaintiff~~ until the same be paid and satisfied and also the costs of the aforesaid plaintiff, with interest thereon.

And for that purpose a Writ of Execution should issue directed to the Sheriff of the County of SOMERSET commanding him to make sale as aforesaid; and that the surplus money arising from such sale, if any there be, should be brought into our said Court, subject to the further order of the said Court, as by the said judgment remaining as of record in our said Superior Court

of New Jersey, at Trenton, doth and may more fully appear; and
whereas, the costs of the said Plaintiff have been duly taxed at
the following sum: $ 8255.00

Therefore, you are hereby commanded that you cause a
sale to be made of the premises aforesaid, by selling so much of
the same as may be needful and necessary for the purpose, the
said sum of $814,646.32 and the same you do pay to the said
Plaintiff together with lawful interest thereon as aforesaid, and
the sum aforesaid of costs with interest thereon; and that you
have the surplus money, if any there be, before our said Superior
Court of New Jersey aforesaid, at Trenton, New Jersey, within
thirty (30) days after sale; if no sale, writ returnable within
twenty-four (24) months, pursuant to R. 4:59-1(a), to abide the
further order of the said Court, according to the judgment
aforesaid; by certificate under your hand, of the manner in which
you have executed this writ, together with this writ.

Mary C. Jacobson, P.J. Ch.

WITNESS, the Honorable ~~MARIA MARINARI SYPEK~~,
Judge of the Superior Court at Trenton, New Jersey, aforesaid,
this 13th day of April , ~~2009~~ 2010 .

JENNIFER M. PEREZ ESQ.
Acting Clerk of Superior Court

BY: _____
Nicholas J. Canova

_____
JENNIFER M. PEREZ

## SCHEDULE "A"

All that certain tract or parcel of land and premises situate, lying and being in the Township of Warren, County of Somerset and State of New Jersey.

Also known as Tax Lot 18 in Block 86.01 on the Tax Assessment map of the Township of Warren.

More commonly known as 51 HILLCREST BLVD, WARREN, NJ, 07059.

BEING known and designated as Lot 50 as shown on map entitled "Map of Property situated in Warren Township, Somerset near the City of Plainfield, New Jersey, Property of the Kline Realty and Improvement Company" filed on August 2, 1923 on Map No. 16-B.

FOR INFORMATIONAL PURPOSES ONLY: Also known as Lot 18 in Block 86.01 on the Township of Warren Tax Map.

# SHORT FORM DESCRIPTION

The property to be sold is located in the Township of WARREN,
County of SOMERSET and State of New Jersey.

Commonly known as: 51 HILLCREST BLVD, WARREN, NJ 07059.

Tax Lot No.   18      in Block No. 86.01

Dimension of Lot Approximately:  100X1955 4.4800

Nearest Cross Street: ISABELLA WAY

BEING known and designated as Lot 30 as shown on map entitled "Map of Property situated in Warren Township, Somerset near the City of Plainfield, New Jersey, Property of the Kline Realty and Improvement Company" filed on August 2, 1923 on Map No. 16-B.

FOR INFORMATIONAL PURPOSES ONLY: Also known as Lot 18 in Block 86.01 on the Township of Warren Tax Map.

"THE SHERIFF HEREBY RESERVES THE RIGHT TO ADJOURN THIS SALE
WITHOUT FURTHER NOTICE THROUGH PUBLICATION."

## PRIOR LIENS/ENCUMBRANCES

SEWER OPEN + PENALTY                                    $340.10

2007 SEWER 3RD PARTY LIEN SOLD ON 12/3/08, CERT         $663.85
# SS-964

TOTAL AS OF April 26, 2010:                         $1003.95

Surplus Money: If after the sale and satisfaction of the mortgage
debt, including costs and expenses, there remains any surplus
money, the money will be deposited into the Superior Court Trust
Fund and any person claiming the surplus, or any part thereof,
may file a motion pursuant to Court Rules 4:64-3 and 4:57-2
stating the nature and extent of that person's claim and asking
for an order directing payment of the surplus money.  The Sheriff
or other person conducting the sale will have information
regarding the surplus, if any.

Appendix XII-K

NOTICE TO RESIDENTIAL TENANTS OF RIGHTS DURING FORECLOSURE

A FORECLOSURE ACTION HAS BEEN FILED CONCERNING 51 HILLCREST BLVD, WARREN, NJ 07059, AND THE OWNERSHIP OF THE PROPERTY MAY CHANGE AS A RESULT.

UNTIL OWNERSHIP OF THE PROPERTY CHANGES OR YOU ARE OTHERWISE INFORMED BY THE COURT OR THE MORTGAGE HOLDER, YOU SHOULD CONTINUE TO PAY RENT TO THE LANDLORD OR TO A RENT RECEIVER, IF ONE IS APPOINTED BY THE COURT. YOU SHOULD KEEP RECEIPTS OR CANCELED CHECKS OF YOUR RENT PAYMENTS. IF YOU ARE NOT SURE HOW OR WHERE TO PAY RENT, SAVE YOUR RENT MONEY SO THAT YOU WILL HAVE IT WHEN THE OWNER DEMANDS IT. NONPAYMENT OF RENT IS GROUNDS FOR EVICTION.

FORECLOSURE ALONE IS GENERALLY NOT GROUNDS TO REMOVE A BONA FIDE RESIDENTIAL TENANT. TENANTS WHO WANT TO STAY IN THEIR HOMES CAN BE REMOVED ONLY THROUGH A COURT PROCESS. WITH LIMITED EXCEPTIONS, THE NEW JERSEY "ANTI-EVICTION ACT" PROTECTS RESIDENTIAL TENANTS' RIGHTS TO REMAIN IN THEIR HOME. THIS LAW INCLUDES PROTECTION FOR TENANTS WHO DO NOT HAVE WRITTEN LEASES.

IT IS UNLAWFUL FOR ANYONE TO TRY TO FORCE YOU TO LEAVE YOUR HOME OUTSIDE THE COURT PROCESS, INCLUDING BY SHUTTING OFF UTILITIES OR FAILING TO MAINTAIN THE PREMISES.

[Note: Appendix XII-K adopted November 17, 2009 to be effective immediately.]

RTF-3(3-98) F6/02
FHQ668

Printed by ALL-STATE LEGAL®
One Commerce Drive, Cranford, N.J. 07016
www.aslegal.com · 800.222.0510

(STATEMENT OF PRIOR MORTGAGES, LIENS OR ENCUMBRANCES)

FOR

SHERIFF'S DEEDS
(46:15-6.1)

To Be Recorded With Deed Pursuant to c. 49. P.L. 1968. as amended. and c.225.P.L. 1979

STATE OF NEW JERSEY
                          SS:
COUNTY OF __MORRIS__

FOR RECORDER'S USE ONLY
Consideration $  461,000.00
Realty Transfer Fee $ 5800.00
Date _____ By _____
Date 10-29-10     By Am

IMPORTANT NOTE:
This form is to be attached to all Sheriff's Deeds not otherwise exempt pursuant to N.J.S.A. 46:15-10. when presented to the County Clerk or Register of Deeds for Recording. One of the following blocks MUST be checked:

☐ NO PRIOR MORTGAGES OR LIENS ARE OUTSTANDING.

☒ PRIOR MORTGAGES OR LIENS OUTSTANDING AND NOT EXTINGUISHED BY THIS SALE ARE AS LISTED IN SECTION 2 BELOW.

(1) PARTY OF LEGAL REPRESENTATIVE
WELLS FARGO BANK, NA AS TRUSTEE UNDER POOLING AND SERVICING AGEEMENT DATED AS OF JULY 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-FR3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FR3
*(Plaintiff)*

*DOLORES DE ALMEIDA*
*(Legal Representative for Plaintiff)*

("Legal representative" is to be interpreted broadly to include any person actively and responsibly participating in the transaction, such as but not limited to: an attorney representing one of the parties; an attorney representing one of the parties; a closing officer of a title company or lending institution participating in the transaction; a holder of power of attorney from plaintiff.)

(2) CONSIDERATION
Deponent states that, with respect to the deed hereto annexed, there follows the name or names of all mortgagees and other holders of encumbrances constituting "consideration" as defined in the act to which this act is a supplement (C.46:15-5 (c)), to which such sale shall be subject. Such prior mortgages, liens and encumbrances are as follows:

| NAME OF SECURED PARTY | CURRENT AMOUNT DUE |
|---|---|
| 2007 SEWER 3RD PARTY LIEN SOLD ON 12/3/08, CERT # SS-964 | $663.85 |
| TOTAL AS OF April 26, 2010: | $663.85 |

NOTE: The amount of consideration on which the Realty Transfer Fee shall be calculated shall include both the total listed above and the amount bid at the sale as set forth in the Sheriff's Deed.

Deponent makes this Affidavit to induce the County Clerk or Register of Deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of c.49. P.L. 1968, as amended, and c.275 P.L. 1979.

Subscribed and sworn to before me this
26th day of April, 2010

_____
*Name and address of Deponent*

_____
A NJ ATTORNEY AT LAW

Nicholas J. Canova
Attorney-at-Law
State of New Jersey

DOLORES DE ALMEIDA
FEIN, SUCH, KAHN & SHEPARD, P.C.
7 Century Drive, Suite 201
Parsippany, New Jersey 07054

AMOUNT BID AT
SHERIFF'S SALE
$ 461,000.07

FOR OFFICIAL USE ONLY
This space for use of County Clerk or Register of Deeds
Instrument Number _____ County _____
Deed Number _____ Book _____ Page _____
Deed Dated 7-13-10   Date Recorded 10-29-10

# EXHIBIT B

CHANCERY DIVISION
SOMERSET COUNTY
DOCKET NO.  F-22089-08

SHERIFF'S SALE
NO. 9328

Between

WELLS FARGO BANK, NA as trustee under Pooling and Servicing Agreement Dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3

PLAINTIFF
vs.

THOMAS GAGE; AMERICAN EXPRESS TRAVEL RELATED SERVICES; JAEGER LUMBER & SUPPLY CO., INC. SUMMIT MEDICAL GROUP; LUCIA GAGE

DEFENDANTS

Writ of Execution for sale of mortgaged premises.
By virtue of the above stated Writ of Execution to me directed and delivered I will expose for sale at public vendue on

**TUESDAY THE 8th DAY OF JUNE, 2010**

between the hours of two and five o'clock in the afternoon of said day, that is to say at 2:00 P.M. prevailing time at the Freeholders Meeting Room, Administration Building, 20 Grove Street, Somerville, New Jersey to wit:
All that tract or parcel of land, situate, lying and being in the Township of Warren, County of Somerset and State of New Jersey:
Being known as Tax Lot No. 18 in Block No. 86.01; Dimensions of property: (approximately) 100 feet by 1,955 feet; 4.48 Acres; Nearest Cross Street: Isabella Way. Being known and designated as Lot 50 as shown on map entitled "Map of Property situated in Warren Township, Somerset near the City of Plainfield, New Jersey, Property of the Kline Realty and Improvement Company" filed on August 2, 1923 on Map No. 16-B.

**PREMISES COMMONLY KNOWN AS:
51 HILLCREST BOULEVARD
WARREN, NEW JERSEY**

A more complete metes and bounds description can be found in the Office of the Somerset County Sheriff.
Subject to Sewer open plus penalty in the amount of $340.10. Also subject to 2007 Sewer Third Party Lien Sold on 12/3/2008, Cert # SS-964 in the amount of $663.85. Total as of April 26, 2010: $1,003.95.
Together with all singular rights, liberties, privileges, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, and the reversion and remainders, rents, issues and profits thereto.
Surplus Money: If after the sale and satisfaction of the mortgage debt, including costs and expenses, there remains any surplus money, the money will be deposited into the Superior Court Trust Fund and any person claiming the surplus, or any part thereof, may file a motion pursuant to Court Rules 4:64-3 and 4:57-2 stating the nature and extent of that person's claim and asking for an order directing payment of the surplus money. The Sheriff or other person conducting the sale will have information regarding the surplus, if any.
Amount of Judgment to be satisfied $814,646.32 plus interest, cost, printers' fees, Sheriff's fees and commission.
The purchaser shall pay 20% of purchase price at end of sale in cash, certified check, cashier's check or treasurer's check and sign acknowledgment of purchase.  The Sheriff reserves the right to adjourn this sale for any length of time without further advertisement as provided for by law.

FRANK J. PROVENZANO, SR.
SHERIFF

DATED: April 13, 2010
Fein, Such, Kahn & Shepard, P.C.
7 Century Drive, Suite 201
Parsippany, New Jersey 07054-9751

9328

| | | | |
|---|---|---|---|
| Docket # | F-22089-08 | Returnable: | April 13, 2012 |
| Judgement # | | Division: | Chancery |
| Type of Writ: | General | County | Somerset |
| Type of Service: | Posting | Received: | May 07, 2010 |

Pltf   Wells Fargo Bank, NA as trustee under Pooling and

Def   Thomas Gage; et al

*Publications*

Original Sale Date:         June 08, 2010     1- 5/13   2- 5/20   3- 5/27   4- 6/3

    Sale Date: _____   1-_____ 2-_____ 3-_____ 4-_____

    Sale Date: _____   1-_____ 2-_____ 3-_____ 4-_____

| *Publications* | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Courier-News | $ 263.80 | $ | $ | $ |
| Recorder Publisher | $ 214.92 | $ | $ | $ |
| Somerset Spectator | $ 568.00 | $ | $ | $ |
| Totals: | $ 1044.72 | $ | $ | $ |

Priors     Sewer                                        $663.85

Damages:  $814,646.32        Costs:  $8,255.00     Mileage:  Warren          $4.80  $106.80

Contract Interest From:                    To:                    Amt:  $0.00

Contract Pct:     0.000%  On:  $0.00            Lawful Interest From:  September 01, 2008

Additional Sums: _____ $_____ Int From: _____

    _____ $_____ Int From: _____

    _____ $_____ Int From: _____

    _____ $_____ Int From: _____

    _____ $_____ Int From: _____

    _____ $_____ Int From: _____

Monies Received

Date: 5-7-10          Check No. 156687      Amount: $ 1,300.00

Date: _____     Check No. _____   Amount: $_____

Date: _____     Check No. _____   Amount: $_____

# EXHIBIT C

# Somerset County Sheriff's Department
## Sheriff's Report

SHERIFF NUMBER  S - 9328
Type of Service:  Posting

| Location of Service | Date of Service | Name of Person Accepting |
|---|---|---|
| Lot No. 18 in Block 86.01 51 Hillcrest Boulevard Warren | *Shalio* | |
| | Time of Service *1:355* | Position / Relationship |
| | ☑ Served  ☐ Returned | Telephone Number and Extension |
| Office Use Only --- Letter:          Notice: | | |

Instructions:                                                                 Friday, May 07, 2010

Post the attached advertisement and the copy of the writ on the property listed above.

Original Sale Date  6/8/2010

| Attempt | | Attempt | | Attempt | |
|---|---|---|---|---|---|
| Status | Officer | Status | Officer | Status | Officer |
| Time | Date | Time | Date | Time | Date |

| Attempt | | Attempt | | Attempt | |
|---|---|---|---|---|---|
| Status | Officer | Status | Officer | Status | Officer |
| Time | Date | Time | Date | Time | Date |

| Bank | Money Due | Posting | Rent | Wage |
|---|---|---|---|---|
| Amount Levied Upon | Amount Levied Upon | Location of Posting | Amount of Rent / Month | Any Prior Garnishments |
| $ | $ | *Front Door* | $ | ☐ No  ☐ Yes - Number |

Officer Notes:

_____

_____

_____

_____

Wells Fargo Bank, NA as trustee under Pooling and                    *Plaintiff*
                    *vs.*
Thomas Gage; et al                                                                   *Defendant(s)*

Fein, Such, Kahn & Shepard, P.C.
7 Century Drive, Suite 201
Parsippany        NJ      07054-9751
Atty File:    FHQ668
Attn:   Shari Seffer, Esq.
                    *Attorney*

_____
Sheriff's Officer

Title        Print Name        Badge # *701*

# EXHIBIT D

SHERIFF'S OFFICE
SOMERSET COUNTY, N.J.
RECEIVED

2011 JUN -4  AM 9:51

# Somerset County                    Sheriff's Office

Frank J. Provenzano Sr.          P.O. Box 3000,  Somerville,  New Jersey  08876-1262
        Sheriff                          *Fax  (908) 704-1817*                    Sales & Executions
   (908) 231-7140                                                                (908) 231-7144

## Application for Adjournment of Sheriff Sale

| Name | Date of Application |
|---|---|
| THOMAS GAGE | 6/4/10 |

**Street Address of Property**
51 HILLCREST BLVD

| Town or Township | Phone Number |
|---|---|
| WARREN | (908) 419-0937 |

| Sale Number | Date of Sale | Docket Number |
|---|---|---|
| 9328 | 6/8/10 | F-22089-08 |

**Reason for Requesting Adjournment**

PENDING LAWSUIT

( SEE ATTCH DOCUMENT )

_Applicant's Signature_

---

**Office Use Only**

☑ 1st Adjournment   ($28.00 fee)

☐ 2nd Adjournment   (No fee)

Amount Received:

☑ Cash: _$28.00_

☐ Check Number: _____

**Sale Adjourned to:**
June 22, 2010

**Adjourned by:**
Jennifer M. Auerbach
Admin Assistant

**Comment:**



**Somerset County Sheriff's Office**

Frank J. Provenzano Sr.
Sheriff
(908) 231-7140

P.O. Box 3000, Somerville, New Jersey 08876-1262

Fax *(908) 704-1817*

Sales & Executions
(908) 231-7144

## Application for Adjournment of Sheriff Sale

| Name | Date of Application |
|---|---|
| THOMAS I GAGE | 6/18/2010 |

| Street Address of Property |
|---|
| 51 HILLCREST BLVD |

| Town or Township | Phone Number |
|---|---|
| WARRE | (908) 419-0937 |

| Sale Number | Date of Sale | Docket Number |
|---|---|---|
| 9328 | 6/22/2010 | F-22089-08 |

Reason for Requesting Adjournment

THIS CASE IS BEEN APPEAL TO THE U.S. COURT.

AND IS UNDER INVESTIGATION BY FEDERAL

AUTHORITIES, ACCORDING TO "DUE PROCESS OF THE LAW"

Applicant's Signature

### Office Use Only

☐ 1st Adjournment ($28.00 fee)

☑ 2nd Adjournment (No fee)

Amount Received:

☐ Cash: _____

☐ Check Number: _____

| Sale Adjourned to: | Comment: |
|---|---|
| | |

| Adjourned by: | |
|---|---|
| | |

# EXHIBIT E

# Sales Upset Report

Tuesday, July 06, 2010

| Number of Places: | 1 | Sale #: | 9328 | Date of sale: | 7/6/2010 |

| 1st Place Damages: | $814,646.32 | 2nd Place Damages: | $0.00 |
| Costs | $8,255.00 | Costs | $0.00 |

| Cont From: | | To: | | Cont From: | | To: | |
| Rate: | 0.000% | On: | $0.00 | Rate: | 0.00% | On: | $0.00 |
| Per Diem: | $0.0000 | Amt | $0.00 | Per Diem: | $0.0000 | Amt | $0.00 |
| Law Int Frm: | 9/1/2008 | To: | 7/6/2010 | Law Int Frm: | | To: | 7/6/2010 |
| Per Diem: | $78.9083 | Amt | $84,758.84 | Per Diem: | $0.0000 | Amt | $0.00 |
| Re: | | Amt | $0.00 | Re: | | Amt | $0.00 |

| 1st Pub: | NJN: | $263.80 |
| | Recorder: | $250.00 |
| | SS: | $568.00 |
| 2nd Pub: | NJN: | $0.00 |
| | Recorder: | $0.00 |
| | SS: | $0.00 |
| | Additional Sums: | $0.00 |
| | | $0.00 |
| | Sheriff's Fees: | $187.00 |
| | Additional Fees: | $4.80 |
| | Sheriff's Comm: | $36,457.35 |
| | Additional Comm: | $1,458.29 |
| | Plaintiff Adj. Fee: | $0.00 |

| Additional Sums: | $0.00 |
| Sheriff's Comm.: | $0.00 |
| Additional Comm: | $0.00 |

| Total 1st Place: | $946,849.40 |
| Total 2nd Place: | $0.00 |
| Total Upset: | $946,849.40 |

*461,000.00*   *441,221.48*

| *** Settled w/o Sale *** | | *** 100.00 Sale *** | |
| Sheriff's Fees: | $102.00 | Sheriff's Fees: | $187.00 |
| Additional Fees: | $4.80 | Additional Fees: | $4.80 |
| Publications: | $1,081.80 | Publications: | $1,081.80 |
| 1/2 Commission: | $18,228.68 | Commission: | $50.00 |
| Pltf. Adj. Fee: | $0.00 | Pltf. Adj. Fee: | $0.00 |
| Total: | $19,417.28 | Total: | $1,323.60 |
| Deposit: | $1,300.00 | Deposit: | $1,300.00 |
| Due Sheriff: | $18,117.28 | Due Sheriff: | $23.60 |
| Due Attorney: | $0.00 | Due Attorney: | $0.00 |

*1046.72*
*18,540.00*
*19,778.52*

| Total Damages, Cost, Int. - Add Sums in 1st, 2nd, and 3rd Places: | $907,660.16 |
| Amount of Redemption Before Sale: | $927,077.44 |
| Amount of Redemption After Sale: | $927,162.44 |

| Total Upset: | $946,849.40 | Additional Sums: | $0.00 | Priors Y/N | |

**Sale Number** _1328_     **Date** _____

| No. | Person Bidding | Bidding For | Winning Bid |
|---|---|---|---|
| 1 | Jeff Weinberg | PITR | 461,000.00 |
| 2 | Abdul Abusymilli – Mauralia Ab | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

| No. | Amount | No. | Amount | No. | Amount | No. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | $100.00 | 1 | 362 | 1 | 425,000 | | |
| 2 | 100,000 | 2 | 365 | 2 | 426,000 | | |
| 1 | 101,000 | 1 | 366 | 1 | 430,000 | | |
| 2 | 200,000 | 2 | 367 | 2 | 432,000 | | |
| 1 | 201,000 | 1 | 370,000 | 1 | 433,000 | | |
| 2 | 300,000 | 2 | 371,000 | 2 | 424 | | |
| 1 | 301,000 | 1 | 375,000 | 1 | 435 | | |
| 2 | 320,000 | 2 | 376,000 | 2 | 440 | | |
| 1 | 321,000 | 1 | 380,000 | 1 | 441 | | |
| 2 | 322,000 | 2 | 381,000 | 2 | 442 | | |
| 1 | 383,00 | 1 | 385,000 | 1 | 445 | | |
| 2 | 324,000 | 2 | 386,000 | 2 | 446 | | |
| 1 | 325,00 | 1 | 387,000 | 1 | 449 | | |
| 2 | 326,00 | 2 | 390,000 | 2 | 450 | | |
| 1 | 330,00 | 1 | 399,000 | 1 | 451 | | |
| 2 | 338,000 | 2 | 400,000 | 2 | 452 | | |
| 1 | 340,000 | 1 | 401,000 | 1 | 453 | | |
| 2 | 345,000 | 2 | 405,000 | 2 | 455 | | |
| 1 | 350,000 | 1 | 410 | 1 | 457,000 | | |
| 2 | 355,000 | 2 | 415,000 | 2 | 460,000 | | |
| 1 | 360,000 | 1 | 416 | 1 | 461,000 | | |
| 2 | 361,000 | 2 | 420,000 | 1 | | | |

DATE _1/6/10_   START _2/16_   FINISH _2'23_

CONDITIONS OF SALE READ   AD READ   SUBJECT TO _X by ads._

UPSET _946,849.40_   ADL'S SUMS _____

COMMENTS FROM:

Jeff Weinberg.

Sold 461,000 to PHH

Maunali Abusum...

also buy

We -- I hereby acknowledge the property and lands mentioned and described in the printed advertisement annexed to these conditions as announced by the Sheriff were struck off and sold for the sum of :

_461,000 oo/100_

and We -- I promise and agree to comply with the conditions of Sale.

Deed In Name of: _SEE ATTACHED_

Address: _____

_____

_____

Daytime Phone Number: _____

☐ Deed Assigned          ☒ Deed Not Assigned

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

## CONDITIONS OF SALE

The conditions of the sale of the Real Estate mentioned and described in the printed advertisement hereto annexed, made the 6th of July, A.D. 2010, by me, Thomas L. Przybylski, Sales Coordinator of the Office of the Sheriff of Somerset County, New Jersey, are as follows, to wit:

1. The highest bidder to be the purchaser.

2. The purchaser will pay 20% of the purchase price at the end of the sale and sign acknowledgement of purchase.   The 20% must be in cash, certified check, cashier's check, treasurer's check or money order.

3. If the purchaser fails to comply with any of the conditions of the sale the property will be sold a second time, the former purchaser being held responsible for all losses and expenses, including but not limited to Sheriff's fees and Sheriff's commission and attorney's fees incurred by the Sheriff's Office, but receiving no benefit from such sale.

4. Sold subject to restrictions of record, which are unknown to me and to unpaid taxes or assessments and such state of facts as an accurate survey would disclose.

5. Deed to be delivered at Sheriff's office one month from date of sale at which time the balance of purchase money will be required.  Balance of purchase price may be paid at any time after the sale until the deed is delivered.  Interest on balance is due from the 11th day after sale until final payment.  Defendant has 10 days after the sale to redeem the property.

Thomas L Przybylski, Sales Coordinator

Purchaser's Signature

_7-6-10_
Date

FORM TLP-21

Sale# 9328

# FEIN, SUCH, KAHN & SHEPARD, P.C.
## COUNSELLORS AT LAW

7 CENTURY DRIVE, SUITE 201
PARSIPPANY, NEW JERSEY 07054
(973) 538-9300

FACSIMILE (973) 538-8234

www.feinsuch.com

RAVI ADUSUMILLI

$ 461/5

### SHERIFF SALE

DATE: 07/06/10                    TIME: 2:00 PM

RE: WELLS FARGO BANK, NA AS TRUSTEE UNDER POOLING AND SERVICING
AGEEMENT DATED AS OF JULY 1, 2006 SECURITIZED ASSET BACKED
RECEIVABLES LLC TRUST 2006-FR3 MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2006-FR3 VS. THOMAS GAGE

FILE NO: FEQ668
DOCKET NO: F-22089-08
SHERIFF NO: 9328
PROPERTY LOCATION: 51 HILLCREST BLVD, WARREN, NJ 07059

1.    Before you leave for the sale, have Laura A. Harlos of our
      office contact the SHERIFF OF SOMERSET COUNTY to see if the
      sale is still on, adjourned or a bankruptcy filed.

2.    Read Announcements a through e, for f.

3.    You are to start the bidding at $100.00 and stop bidding
      at $580,000.00, the maximum bidding amount.

      FIVE HUNDRED EIGHTY THOUSAND AND XX/100 DOLLARS

4.    If you are the successful bidder, you will be asked to sign
      some papers; Deed to read: WELLS FARGO BANK, NA AS TRUSTEE
      UNDER POOLING AND SERVICING AGEEMENT DATED AS OF JULY 1, 2006
      SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-FR3
      MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FR3, 4837 WATT
      AVE NORTH HIGHLANDS, CA 95660

5.    SUBJECT TO OPEN SEWER IN THE AMOUNT OF $516.61 PLUS PENALTY
      AND FINAL READING.
      SUBJECT TO A THIRD PARTY LIEN IN THE AMOUNT OF $663.85 PLUS
      SUBSEQUENT INTEREST AND TAXES; CERT # SS-964

EXHIBIT F



# Somerset County     Sheriff's Office

Frank J. Provenzano Sr.
    Sheriff
  (908) 231-7140

P.O. Box 3000, Somerville, New Jersey 08876-1262
*Fax (908) 704-1817*

Sales & Executions
(908) 231-7144

September 15, 2010

Fein, Such Kahn & Shepard, PC
7 Century Drive
Parsippany, NJ 07054
Attn: Angela Kwon
FX 1-973-267-9998

> Re: Sheriff Sale Number 9328
> Wells Fargo Bank
> Vs. Thomas Gage, et al
> Docket No. F-22089-08

Dear Ms. Kwon:

Regarding the above captioned sale, listed below are the figures for your records:

| | |
|---|---|
| Publications | $1,046.72 |
| Sheriff's Fees | 191.80 |
| Commission | 18.540.00 |
| | $19,778.52 |
| Deposit | 1.300.00 |
| Balance due Sheriff | $18,478.52 |

Upon receipt of balance due Sheriff, the Deed and Report of Sale will be mailed to you.

Very truly yours,
FRANK J. PROVENZANO, SR.
SHERIFF

Thomas L. Przybylski
Sales Coordinator

TLP/med

# EXHIBIT G

# Somerset County Sheriff's Office

Frank J. Provenzano Sr.
Sheriff
(908) 231-7140

P.O. Box 3000,  Somerville,  New Jersey  08876-1262

*Fax (908) 704-1817*

Sales & Executions
(908) 231-7144

September 15, 2010

Fein, Such Kahn & Shepard, PC
7 Century Drive
Parsippany, NJ 07054
Attn: Angela Kwon
FX 1-973-267-9998

Re:  Sheriff Sale Number 9328
Wells Fargo Bank
Vs. Thomas Gage, et al
Docket No. F-22089-08

Dear Ms. Kwon:

Regarding the above captioned sale, listed below are the figures for your records:

Publications .................................... $1,046.72
Sheriff's Fees.......................................191.80
Commission.................................... 18,540.00
.................................................... $19,778.52
Deposit............................................1,300.00
Balance due Sheriff ...................... $18,478.52

Upon receipt of balance due Sheriff, the Deed and Report of Sale will be mailed to you.

Very truly yours,
FRANK J. PROVENZANO, SR.
SHERIFF

Thomas L. Przybylski
Sales Coordinator

TLP/med

170483

FEIN, SUCH, KAHN & SHEPARD, P.C.
CLIENT COST

**Check Date:**   9/23/2010

**Vendor:**   Sheriff, Somerset County
20 Grove Street
PO Box

**Description:**
FHQ 0668*#9328

**Check**
**Amount:**
$18,478.52

SHERIFF'S OFFICE
SOMERSET COUNTY NJ
RECEIVED

2010 SEP 27   AM 9:3.

**Invoice No.:**   269358

**Invoice Date:**   09/23/2010

**Bank Account:**   Cost Account

# EXHIBIT H

SHERIFF'S DEED

# To All Persons to whom these Presents shall come, or whom they may Concern:

I, Frank J. Provenzano, Sr., Sheriff of the County of Somerset in the State of New Jersey, send greetings:

WHEREAS, on the Thirteenth day of April, in the year of Our Lord Two Thousand Ten, a certain Writ of Execution was issued out of the **Superior Court of New Jersey-Chancery Division-Somerset County-Docket No. F-22089-08** directed and delivered to the Sheriff of the said County of Somerset, and which said writ is in the words or to the effect following, that is to say:

NEW JERSEY, to wit:  THE STATE OF NEW JERSEY to the Sheriff of the County of Somerset, GREETING:

WHEREAS, on the following date, April 13, 2010, by a certain judgment in our Superior Court of New Jersey, in a certain cause therein pending, wherein the plaintiff is Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3, and the following named parties are the defendants: Thomas Gage; American Express Travel Related Services; Jaeger Lumber & Supply Co., Inc.; Summit Medical Group; Lucia Gage, it was ordered and adjudged that certain mortgaged premises, with the appurtenances, in the Complaint in the said cause particularly set forth and described, that is to say:

All that certain tract or parcel of land situate, lying and being in the Township of Warren, County of Somerset and State of New Jersey, more particularly described as follows:

Also known as Tax Lot 18 in Block 86.01 on the Tax Assessment map of the Township of Warren.

More commonly known as 51 Hillcrest Blvd., Warren, NJ 07059.

Being known and designated as Lot 50 as shown on map entitled "Map of Property situated in Warren Township, Somerset near the City of Plainfield, New Jersey, Property of the Kline Realty and Improvement Company" filed on August 2, 1923 on Map No. 16-B.

10/14/10
To atty

Deed prepared by:  _____
Thomas L. Przybylski
Sales Coordinator

TOGETHER with all and singular the rights, liberties, privileges, hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and remainders, rents, issues and profits thereof, and also all of the estate, right, title, interest, use, property, claim, and demand of the said defendants of, in, to and out of the same, be sold, to pay and satisfy in the first place unto the plaintiff, the sum of $814,646.32, being the principal and interest secured by a certain mortgage dated February 13, 2006 and given by Thomas Gage and Lucia Gage, together with lawful interest from 9/1/08, until the same be paid and satisfied and also the costs of the aforesaid plaintiff, with interest thereon.

And that, for that purpose a Writ of Execution should issue, directed to the Sheriff of the County of Somerset, commanding him to make sale as aforesaid; and that the surplus money arising from such sale, if any there be, should be brought into said court, subject to the further order of the said court, as by the said judgment remaining as of record in our Superior Court of New Jersey at Trenton, doth and may more fully appear; and whereas, the costs of the said Plaintiff have been duly taxed at the following sum: $8,255.00.

THEREFORE, you are hereby commanded that you cause to be made of the premises aforesaid by selling so much of the same as may be needful and necessary for the purpose, the said sum of $814,646.32 and the same you do pay to the said plaintiff together with lawful interest thereon as aforesaid, and the sum aforesaid of costs with interest thereon, and that you have the surplus money, if any there be, before the Superior Court of New Jersey, aforesaid at Trenton, within thirty (30) days after sale and if there be no sale, this Writ to be returnable within twenty-four (24) months pursuant to R. 4:59-1(a); and to abide the further Order of said court, according to the judgment aforesaid; and you are to make return at the time and place aforesaid, by certificate under your hand, of the manner in which you have executed this our Writ, together with this Writ.

WITNESS, the HONORABLE Mary C. Jacobson, P.J.Ch. of the Superior Court, at Trenton, aforesaid, this 13th of April, 2010.

/s/ Jennifer M. Perez
JENNIFER M. PEREZ
Acting Clerk of Superior Court

By: /s/ Nicholas J. Canova
NICHOLAS J. CANOVA

AS by the Record of said Writ of Execution entered in the Records of Executions issued in the Superior Court Clerk's Office, 6156F-10, and examined by me.


/s/ Jennifer M. Perez

JENNIFER M. PEREZ
Acting Clerk of Superior Court


AND WHEREAS, I, the said Frank J. Provenzano, Sr., as such Sheriff, as aforesaid, did in due form of law, advertise the said lot of land and premises to be sold under and by virtue of the said writ of execution at public vendue, to be held at the Sheriff's Office in Somerville, New Jersey, on TUESDAY, the 8th day of June, 2010,* at two o'clock P.M. prevailing time of said day by advertisement signed by myself, and posted in the Sheriff's Office and also on the property which was in the Township of Warren in which the said land lies, at least three weeks next before the time appointed for selling the same, and also published in the Courier News, Somerset Spectator and Echoes-Sentinel, three newspapers printed and published in the said County, where the said land is situated, and circulating in the neighborhood of said land, for at least four weeks, successively, once in each week next preceding the said time one of which said newspapers is printed and published in Franklin the most populated Municipality of said County.


*Sale originally scheduled for Tuesday,
June 8, 2010, but was adjourned
until Tuesday, July 6, 2010,
and held at that time.


at which last-named time and place I did accordingly offer and expose the said lot of land and premises for sale at public vendue, under and by virtue of the said writ of Execution.

WHEREUPON:  Jeffrey Weinberg, bidding for Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3, 4837 Watt Avenue, North Highlands, CA 95660, did bid the sum of Four Hundred Sixty-one Thousand Dollars and No Cents ($461,000.00) on its behalf

and no other person bidding as much, I did then and there openly and publicly, in due form of law, between the hours of two and five in the afternoon, strike off and sell the said lot of land and premises for the said sum of Four Hundred Sixty-one Thousand Dollars and No Cents ($461,000.00) to the said Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3, 4837 Watt Avenue, North Highlands, CA 95660, being then and there the highest bidder for the same.

NOW, THEREFORE, KNOW YE, that I the said Frank J. Provenzano, Sr., as such Sheriff aforesaid, under and by virtue of said Writ of Execution, and in execution of the power and trust in me reposed, and also for and in consideration of the said sum of Four Hundred Sixty-one Thousand Dollars and No Cents ($461,000.00) to me in hand paid, the receipt whereof I do hereby acknowledge and therefrom acquit, exonerate and forever discharge the said

Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3

its successors and assigns, heirs, executors and administrators, have granted, bargained, sold, assigned, transferred and conveyed, and by these presents do grant, bargain, sell, assign, transfer, and convey unto the said

Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3

its successors and assigns, heirs and assigns, all and singular, the said lot of land and premises, with the appurtenances, privileges and hereditaments thereto belonging or in anyway appertaining: TO HAVE AND TO HOLD the same unto the said

Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3

its successors and assigns, heirs and assigns, to its only proper use, benefit and behoof forever, in as full, ample and beneficial a manner as by virtue of the said Writ of Execution, I may, can, or ought to convey the same.

And I, the said Frank J. Provenzano, Sr., for myself, my heirs, executors and administrators, do hereby covenant, promise and agree to with the said

Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3

its successors and assigns, heirs and assigns, that I have not, as such Sheriff aforesaid, done or caused, suffered or procured to be done, any act, matter or thing whereby the estate hereby intended to be conveyed in and to the said lot of land and premises, with the appurtenances, is, may, or can be changed, charged, encumbered or defeated in any way whatever.

IN WITNESS WHEREOF, I, the said Frank J. Provenzano, Sr. as such Sheriff aforesaid, have hereunto set my hand and seal this Fourth day of October, 2010.

Signed, sealed and delivered
in the presence of

_____
Thomas C. Miller

_____
Frank J. Provenzano, Sr., Sheriff (L.S.)

NEW JERSEY, SOMERSET COUNTY, ss.

On this Fourth day of October, 2010 before me, the subscriber, An Attorney at Law of New Jersey, personally appeared Frank J. Provenzano, Sr., Sheriff of the County of Somerset aforesaid, who is I am satisfied, the grantor in the within indenture named, and I having first made known to him the contents thereof he did thereupon acknowledge that he sign, sealed and delivered the same as his voluntary act and deed, for the use and purposes therein expressed, and the full and actual consideration paid or to be paid for the transfer of title to realty evidenced by the within deed, as such consideration is  defined in P.L. 1968, c 40, Sec. 1 (c) is $461,000.00.

_____
Thomas C. Miller
An Attorney at Law of New Jersey

I, Frank J. Provenzano, Sr., Sheriff of the County of Somerset, State of New Jersey do solemnly swear that the land and real estate described in this deed made by me to Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3, 4837 Watt Avenue, North Highlands, CA 95660, was by me sold by virtue of a good and subsisting execution, as is therein recited, that the money ordered to be made has not been, to my knowledge or belief, paid or satisfied; that the time and place of the sale of said land and real estate was by me duly advertised as required by law, and that the same was cried off and sold to a bona fide purchaser for the best price that could be obtained.

_____
Frank J. Provenzano, Sr., Sheriff

Sworn before me, An Attorney at Law of New Jersey, on this Fourth day of October in the year of our Lord, Two Thousand and Ten.  And I do certify that I have examined the above deed mentioned, and do approve the same and order it to be recorded as a good and sufficient conveyance of the lands and real estate therein described.

_____
Thomas C. Miller
An Attorney at Law of New Jersey

Sale No. 9328

# Deed

### Frank J. Provenzano, Sr.
#### Sheriff of Somerset County

To

Wells Fargo Bank, NA as Trustee under
Pooling and Servicing Agreement dated as of
July 1, 2006 Securitized Asset Backed
Receivables LLC Trust 2006-FR3 Mortgage
Pass-Through Certificates, Series 2006-FR3
4837 Watt Avenue
North Highlands, CA 95660

Dated, October 4, 2010

Consideration          $461,000.00

Received in the Clerk's Office of the
County of Somerset, on the _____ day
of _____, 201___
at _____ and recorded
in Book _____ of Deeds for
said County, Page _____

_____
Clerk.

Page 8

Superior Court of New Jersey

**Between**

Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3

*Plaintiff*

**and**

Thomas Gage; American Express Travel Related Services; Jaeger Lumber & Supply Co., Inc.; Summit Medical Group; Lucia Gage

*Defendants*

**Returnable**  April 13, 2012

Fein, Such, Kahn & Shepard, PC
7 Century Drive, Suite 201
Parsippany, NJ 07054

**Docket No.**  F-22089-08

| 1st Place Damages | | | | | | $ 814,646.32 |
|---|---|---|---|---|---|---|
| Cost Taxed at: | | | | | | 8,255.00 |
| Contract Interest From: | | To: | | @ | on | |
| Lawful Interest From: | 9/1/08 | To: | 7/6/10 | | | 84,758.84 |
| Additional Sums: | | | | | | 0 |

| 2nd Place Damages | | | | | |
|---|---|---|---|---|---|
| Cost Taxed at: | | | | | |
| Contract Interest From: | | To: | @ | on | |
| Lawful Interest From: | | To: | | | |

| 3rd Place Damages | | | | | |
|---|---|---|---|---|---|
| Cost Taxed at: | | | | | |
| Contract Interest From: | | To: | @ | on | |
| Lawful Interest From: | | To: | | | |

| | Total | $907,660.16 |
|---|---|---|

By virtue of the above stated writ of Execution to me directed, I did sell at public vendue, at the Administration Building, in Somerville on July 6, 2010 pursuant to advertisement, all that tract or parcel of land and premises, described in said writ to Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3, 4837 Watt Avenue, North Highlands, CA 95660, represented by Jeffrey Weinberg, being the highest bidder for the same.

| Property sold for | $461,000.00 |
|---|---|
| **Sheriff's Fees** | |
| Levy and return . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54.80 | |
| Posting Sale Notices . . . . . . . . . . . . . . . . . . . . . . . . 20.00 | |
| Advertising Property For Sale . . . . . . . . . . . . . . . . . . 20.00 | |
| Selling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5.00 | |
| Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10.00 | |
| Deed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75.00 | |
| Certifying to Deed . . . . . . . . . . . . . . . . . . . . . . . . . 1.50 | |
| Postage & Additional Copies . . . . . . . . . . . . . . . . . . 5.50 | |
| Adjournment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0 | |
| Commission . . . . . . . . . . . . . . . . . . . . . . . 18,540.00 | |
| Printers Bill . . . . . . . . . . . . . . . . . . . . . . . 1,046.72 | |
| Total | $19,778.52 |
| To Plaintiff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $441,221.48 |
| To Superior Court . . . . . . . . . . . . . . . . . . . . . . . . . | 0 |

This is to Certify, That the above statement is correct, that I did duly advertise and sell the property described in the above stated execution, as required by law, and the proceeds of said sale, after deducting therefrom Sheriff's Fees, amount to the sum of NONE.

Somerville, New Jersey

July 6, 2010

Frank J. Provenzano, Sr., Sheriff

**Sale No. 9328**

**Superior Court of New Jersey**

Docket No. F-22089-08

*Between*

Wells Fargo Bank, NA as Trustee under
Pooling and Servicing Agreement dated
as of July 1, 2006 Securitized Asset
Backed Receivables LLC Trust 2006-
FR3 Mortgage Pass-Through
Certificates, Series 2006-FR3

*Plaintiff*

vs.

Thomas Gage; American Express Travel
Related Services; Jaeger Lumber &
Supply Co., Inc.; Summit Medical
Group; Lucia Gage

*Defendants*

Fein, Such, Kahn & Shepard, PC
7 Century Drive, Suite 201
Parsippany, NJ 07054

State of New Jersey ⎱
County of Somerset ⎰ s.s.

I, Frank J. Provenzano, Sr., of full age, being duly sworn on my oath according to law depose and say that the statement is correct, that I did duly advertise and sell the land and premises described in the above stated execution, as required by law to Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3, 4837 Watt Avenue, North Highlands, CA 95660 for the sum of Four Hundred Sixty-one Thousand Dollars and No Cents ($461,000.00) cash, and that sum was the highest and best price that such lands and premises would bring in cash at the time of sale.

_____
Frank J. Provenzano, Sr., Sheriff

Sworn and Subscribed to before me

this _____ day of _____ 200_____

_____
Notary Public of New Jersey

FHQ668           www.asicegal.com  800.222.0510

# STATEMENT OF PRIOR MORTGAGES, LIENS OR ENCUMBRANCES
## FOR
## SHERIFF'S DEEDS
### (46:15-6.1)
To Be Recorded With Deed Pursuant to c. 49, P.L. 1968, as amended, and c.225,P.L. 1979

STATE OF NEW JERSEY

            SS:

COUNTY OF __MORRIS__

| FOR RECORDER'S USE ONLY |
| --- |
| Consideration $_____ |
| Realty Transfer Fee  $_____ |
| Date_____ By_____ |
| Date _____ By_____ |

**IMPORTANT NOTE:**

    This form is to be attached to _all_ Sheriff's Deeds not otherwise exempt pursuant to N.J.S.A. 46:15-10, when presented to the County Clerk or Register of Deeds for Recording.  One of the following blocks MUST be checked:

☐ NO PRIOR MORTGAGES OR LIENS ARE OUTSTANDING.

☒ PRIOR MORTGAGES OR LIENS OUTSTANDING AND _NOT_ EXTINGUISHED BY THIS SALE ARE AS LISTED IN SECTION 2 BELOW.

**(1) PARTY OF LEGAL REPRESENTATIVE**
    **WELLS FARGO BANK, NA AS TRUSTEE UNDER POOLING AND SERVICING AGEEMENT DATED AS OF JULY 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-FR3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FR3**

*(Plaintiff)*

*DOLORES DE ALMEIDA*
*(Legal Representative for Plaintiff)*

("Legal representative" is to be interpreted broadly to include any person actively and responsibly participating in the transaction, such as but not limited to: an attorney representing one of the parties; an attorney representing one of the parties; a closing officer of a title company or lending institution participating in the transaction; a holder of power of attorney from plaintiff.)

**(2) CONSIDERATION**
    Deponent states that, with respect to the deed hereto annexed, there follows the name or names of all mortgagees and other holders of encumbrances constituting "consideration" as defined in the act to which this act is a supplement (C.46:15-5 (c)), to which such sale shall be subject.  Such prior mortgages, liens and encumbrances are as follows:

| NAME OF SECURED PARTY | CURRENT AMOUNT DUE |
| --- | --- |
| 2007 SEWER 3RD PARTY LIEN SOLD ON 12/3/08, CERT # SS-964 | $663.85 |
| **TOTAL AS OF April 26, 2010:** | $663.85 |

NOTE:  The amount of consideration on which the Realty Transfer Fee shall be calculated shall include both the total listed above _and_ the amount bid at the sale as set forth in the Sheriff's Deed.

Deponent makes this Affidavit to induce the County Clerk or Register of Deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of c.49, P.L. 1968, as amended, and c.225, P.L. 1979.

Subscribed and sworn to before me this
26th day of April, 2010

_____
*Name and address of Deponent*

_____
A NJ ATTORNEY AT LAW

Nicholas J. Canova
Attorney-at-Law
State of New Jersey

DOLORES DE ALMEIDA
FEIN, SUCH, KAHN & SHEPARD, P.C.
7 Century Drive, Suite 201
Parsippany, New Jersey 07054

AMOUNT BID AT
SHERIFF'S SALE

$ 461,000.00

| FOR OFFICIAL USE ONLY |
| --- |
| This space for use of County Clerk or Register of Deeds |
| Instrument Number_____ County_____ |
| Deed Number_____ Book_____ Page_____ |
| Deed Dated_____ Date Recorded_____ |

# EXHIBIT I



BRETT A. RADI
SOMERSET COUNTY CLERK
20 GROVE STREET
P.O. BOX 3000
SOMERVILLE, NJ 08876-1262

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| Recorded: | 10/28/2010 02:12:48 PM |
| Book: | OPR  6366 Page: 2898-2906 |
| Instrument No.: | 2010050577 |
|  | DEED  9 PGS  $113.00 |
| CONSIDERATION: | $461,000.00 |
| EXEMPTION: | OS |
| NJ REALTY XFER FEE: | $3,800.60 |

Recorder:    MOUTNER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# DO NOT DISCARD



*2010050577*

# SOMERSET COUNTY
## 20 Grove Street
## SOMERVILLE, NJ 08876
## (908) 231-7006

Page 1 of 1

| Customer: | FEIN, SUCH, KAHN & SHEPARD PC | | | | |
|---|---|---|---|---|---|
| Receipt #: | 31832 | Receipt Date: | 10/28/2010 | Report Date: | 09/21/2011 11:56 AM |
| Clerk: | AMOUTNER | Department: | OPR | Work Station: | CASH03 |

| Gf Number | Instrument No | Description | Grantors | Grantees | Pages | Amount |
|---|---|---|---|---|---|---|
| | 2010050577 | NJ REALTY XFER FEE | GAGE THOMAS BYSHF | WELLS FARGO BK NA | 0 | $3,800.60 |
| | | | AMERICAN EXPRESS TRAVEL RLATED SVCS BYSHF | | | |
| | | | JAEGER LUMBER & SUPPLY CO INC BYSHF | | | |
| | | | SUMMIT MEDICAL GROUI BYSHF | | | |
| | | | GAGE LUCIA BYSHF | | | |
| | 2010050577 | DEED | GAGE THOMAS BYSHF | WELLS FARGO BK NA | 8 | $113.00 |
| | | | AMERICAN EXPRESS TRAVEL RLATED SVCS BYSHF | | | |
| | | | JAEGER LUMBER & SUPPLY CO INC BYSHF | | | |
| | | | SUMMIT MEDICAL GROUI BYSHF | | | |
| | | | GAGE LUCIA BYSHF | | | |

Total: $3,913.60

Duplicate

SOMERSET COUNTY
20 Grove Street
SOMERVILLE, NJ 08876
(908) 231-7006
----------------------------------
ISSUED TO:
FEIN, SUCH, KAHN & SHEPARD PC
----------------------------------
RECEIPT #   031832
DATE        10/28/2010
----------------------------------
TIME    BOOK  PAGE        FEE
----------------------------------
02:12 PM 6366  2898 2010050577
DEED                    113.00
NJ REALTY XFER        3,800.60

                  ==================
Total Due:        $3,913.60

CASH                    0.60
CHECK 172941          113.00
CHECK 10277         3,800.00
                  ==================
Total Payments:   $3,913.60

        THANK YOU
      BRETT A. RADI
      COUNTY CLERK
    Deputy: MDUTNER

## SHERIFF'S DEED

# To All Persons to whom these Presents shall come, or whom they may Concern:

I, Frank J. Provenzano, Sr., Sheriff of the County of Somerset in the State of New Jersey, send greetings:

WHEREAS, on the Thirteenth day of April, in the year of Our Lord Two Thousand Ten, a certain Writ of Execution was issued out of the **Superior Court of New Jersey-Chancery Division-Somerset County-Docket No. F-22089-08** directed and delivered to the Sheriff of the said County of Somerset, and which said writ is in the words or to the effect following, that is to say:

NEW JERSEY, to wit: THE STATE OF NEW JERSEY to the Sheriff of the County of Somerset, GREETING:

WHEREAS, on the following date, April 13, 2010, by a certain judgment in our Superior Court of New Jersey, in a certain cause therein pending, wherein the plaintiff is Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3, and the following named parties are the defendants: Thomas Gage; American Express Travel Related Services; Jaeger Lumber & Supply Co., Inc.; Summit Medical Group; Lucia Gage, it was ordered and adjudged that certain mortgaged premises, with the appurtenances, in the Complaint in the said cause particularly set forth and described, that is to say:

All that certain tract or parcel of land situate, lying and being in the Township of Warren, County of Somerset and State of New Jersey, more particularly described as follows:

Also known as Tax Lot 18 in Block 86.01 on the Tax Assessment map of the Township of Warren.

More commonly known as 51 Hillcrest Blvd., Warren, NJ 07059.

Being known and designated as Lot 50 as shown on map entitled "Map of Property situated in Warren Township, Somerset near the City of Plainfield, New Jersey, Property of the Kline Realty and Improvement Company" filed on August 2, 1923 on Map No. 16-B.

Deed prepared by: 
Thomas L. Przybylski
Sales Coordinator

2010050577

BRETT O. RADI COUNTY CLERK
SOMERSET COUNTY, NJ
2010 OCT 28 03:41:48 PM
BK:6356 PG:2398-2400
CONS:$481,000.00 EXEMPT: 05
NJ XFER FEE:$3,000.60
INSTRUMENT # 2010050577

Page 1

TOGETHER with all and singular the rights, liberties, privileges, hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and remainders, rents, issues and profits thereof, and also all of the estate, right, title, interest, use, property, claim, and demand of the said defendants of, in, to and out of the same, be sold, to pay and satisfy in the first place unto the plaintiff, the sum of $814,646.32, being the principal and interest secured by a certain mortgage dated February 13, 2006 and given by Thomas Gage and Lucia Gage, together with lawful interest from 9/1/08, until the same be paid and satisfied and also the costs of the aforesaid plaintiff, with interest thereon.

And that, for that purpose a Writ of Execution should issue, directed to the Sheriff of the County of Somerset, commanding him to make sale as aforesaid; and that the surplus money arising from such sale, if any there be, should be brought into said court, subject to the further order of the said court, as by the said judgment remaining as of record in our Superior Court of New Jersey at Trenton, doth and may more fully appear; and whereas, the costs of the said Plaintiff have been duly taxed at the following sum: $8,255.00.

THEREFORE, you are hereby commanded that you cause to be made of the premises aforesaid by selling so much of the same as may be needful and necessary for the purpose, the said sum of $814,646.32 and the same you do pay to the said plaintiff together with lawful interest thereon as aforesaid, and the sum aforesaid of costs with interest thereon, and that you have the surplus money, if any there be, before the Superior Court of New Jersey, aforesaid at Trenton, within thirty (30) days after sale and if there be no sale, this Writ to be returnable within twenty-four (24) months pursuant to R. 4:59-1(a); and to abide the further Order of said court, according to the judgment aforesaid; and you are to make return at the time and place aforesaid, by certificate under your hand, of the manner in which you have executed this our Writ, together with this Writ.

WITNESS, the HONORABLE Mary C. Jacobson, P.J.Ch. of the Superior Court, at Trenton, aforesaid, this 13th of April, 2010.

/s/ Jennifer M. Perez

JENNIFER M. PEREZ

Acting Clerk of Superior Court

By: /s/ Nicholas J. Canova

NICHOLAS J. CANOVA

AS by the Record of said Writ of Execution entered in the Records of Executions issued in the Superior Court Clerk's Office, 6156F-10, and examined by me.


/s/ Jennifer M. Perez
JENNIFER M. PEREZ
Acting Clerk of Superior Court


AND WHEREAS, I, the said Frank J. Provenzano, Sr., as such Sheriff, as aforesaid, did in due form of law, advertise the said lot of land and premises to be sold under and by virtue of the said writ of execution at public vendue, to be held at the Sheriff's Office in Somerville, New Jersey, on TUESDAY, the 8th day of June, 2010,* at two o'clock P.M. prevailing time of said day by advertisement signed by myself, and posted in the Sheriff's Office and also on the property which was in the Township of Warren in which the said land lies, at least three weeks next before the time appointed for selling the same, and also published in the Courier News, Somerset Spectator and Echoes-Sentinel, three newspapers printed and published in the said County, where the said land is situated, and circulating in the neighborhood of said land, for at least four weeks, successively, once in each week next preceding the said time one of which said newspapers is printed and published in Franklin the most populated Municipality of said County.


*Sale originally scheduled for Tuesday,
June 8, 2010, but was adjourned
until Tuesday, July 6, 2010,
and held at that time.


at which last-named time and place I did accordingly offer and expose the said lot of land and premises for sale at public vendue, under and by virtue of the said writ of Execution.

WHEREUPON:  Jeffrey Weinberg, bidding for Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3, 4837 Watt Avenue, North Highlands, CA 95660, did bid the sum of Four Hundred Sixty-one Thousand Dollars and No Cents ($461,000.00) on its behalf

and no other person bidding as much, I did then and there openly and publicly, in due form of law, between the hours of two and five in the afternoon, strike off and sell the said lot of land and premises for the said sum of Four Hundred Sixty-one Thousand Dollars and No Cents ($461,000.00) to the said Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3, 4837 Watt Avenue, North Highlands, CA 95660, being then and there the highest bidder for the same.

NOW, THEREFORE, KNOW YE, that I the said Frank J. Provenzano, Sr., as such Sheriff aforesaid, under and by virtue of said Writ of Execution, and in execution of the power and trust in me reposed, and also for and in consideration of the said sum of Four Hundred Sixty-one Thousand Dollars and No Cents ($461,000.00) to me in hand paid, the receipt whereof I do hereby acknowledge and therefrom acquit, exonerate and forever discharge the said

Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3

its successors and assigns, heirs, executors and administrators, have granted, bargained, sold, assigned, transferred and conveyed, and by these presents do grant, bargain, sell, assign, transfer, and convey unto the said

Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3

its successors and assigns, heirs and assigns, all and singular, the said lot of land and premises, with the appurtenances, privileges and hereditaments thereto belonging or in anyway appertaining: TO HAVE AND TO HOLD the same unto the said

Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3

its successors and assigns, heirs and assigns, to its only proper use, benefit and behoof forever, in as full, ample and beneficial a manner as by virtue of the said Writ of Execution, I may, can, or ought to convey the same.

And I, the said Frank J. Provenzano, Sr., for myself, my heirs, executors and administrators, do hereby covenant, promise and agree to with the said

Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3

its successors and assigns, heirs and assigns, that I have not, as such Sheriff aforesaid, done or caused, suffered or procured to be done, any act, matter or thing whereby the estate hereby intended to be conveyed in and to the said lot of land and premises, with the appurtenances, is, may, or can be changed, charged, encumbered or defeated in any way whatever.

(To be attached to Sheriff's Deed)
RTF-8(3-99) Case 3:11-cv-00862-FLW-TJB   Document 37-1   Filed 12/20/11   Page 53 of 68 PageID: 8092
FHQ668

AFFIDAVIT OF CONSIDERATION     A Division of ALL-STATE International, Inc.
(STATEMENT OF PRIOR MORTGAGES, LIENS OR ENCUMBRANCES) RECEIVED
FOR
SHERIFF'S DEEDS                    2010 APR 29  AM 10: 30
(46:15-6.1)
To Be Recorded With Deed Pursuant to c. 49, P.L. 1968, as amended, and c.225, P.L. 1979

STATE OF NEW JERSEY
                    SS:
COUNTY OF ___MORRIS___

FOR RECORDER'S USE ONLY
Consideration $ ___461,000.00___
Realty Transfer Fee $ ___5800.00___
Date _____ By _____
Date _10-28-10_ By _AM_

IMPORTANT NOTE:
    This form is to be attached to all Sheriff's Deeds not otherwise exempt pursuant to N.J.S.A. 46:15-10, when presented to the County Clerk or Register of Deeds for Recording. One of the following blocks MUST be checked:

☐ NO PRIOR MORTGAGES OR LIENS ARE OUTSTANDING.

☒ PRIOR MORTGAGES OR LIENS OUTSTANDING AND NOT EXTINGUISHED BY THIS SALE ARE AS LISTED IN SECTION 2 BELOW.

(1) PARTY OF LEGAL REPRESENTATIVE
    WELLS FARGO BANK, NA AS TRUSTEE UNDER POOLING AND SERVICING AGEEMENT DATED AS OF JULY 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-FR3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FR3

*(Plaintiff)*

*DOLORES DE ALMEIDA*
*(Legal Representative for Plaintiff)*

    ("Legal representative" is to be interpreted broadly to include any person actively and responsibly participating in the transaction, such as but not limited to: an attorney representing one of the parties; an attorney representing one of the parties; a closing officer of a title company or lending institution participating in the transaction; a holder of power of attorney from plaintiff.)

(2) CONSIDERATION
    Deponent states that, with respect to the deed hereto annexed, there follows the name or names of all mortgagees and other holders of encumbrances constituting "consideration" as defined in the act to which this act is a supplement (C.46:15-5 (c)), to which such sale shall be subject. Such prior mortgages, liens and encumbrances are as follows:

| NAME OF SECURED PARTY | CURRENT AMOUNT DUE |
|---|---|
| 2007 SEWER 3RD PARTY LIEN SOLD ON 12/3/08, CERT # SS-964 | $663.85 |
| **TOTAL AS OF April 26, 2010:** | $663.85 |

NOTE: The amount of consideration on which the Realty Transfer Fee shall be calculated shall include both the total listed above and the amount bid at the sale as set forth in the Sheriff's Deed.

    Deponent makes this Affidavit to induce the County Clerk or Register of Deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of c.49, P.L. 1968, as amended, and c.225 P.L. 1979.

Subscribed and sworn to before me this
26th day of April, 2010

_Name and address of Deponent_

_A NJ ATTORNEY AT LAW_

Nicholas J. Canova
Attorney-at-Law
State of New Jersey

DOLORES DE ALMEIDA
FEIN, SUCH, KAHN & SHEPARD, P.C.
7 Century Drive, Suite 201
Parsippany, New Jersey 07054

AMOUNT BID AT
SHERIFF'S SALE

$ _461,000.00_

FOR OFFICIAL USE ONLY
This space for use of County Clerk or Register of Deeds
Instrument Number_____ County _Somerset_
Deed Number_____ Book _____
Deed Dated _4-13-10_  Date Recorded _10-28-10_  Page _____

IN WITNESS WHEREOF, I, the said Frank J. Provenzano, Sr. as such Sheriff aforesaid, have hereunto set my hand and seal this Fourth day of October, 2010.

Signed, sealed and delivered
   in the presence of

_____
       Thomas C. Miller

_____
Frank J. Provenzano, Sr., Sheriff (L.S.)


NEW JERSEY, SOMERSET COUNTY, ss.

On this Fourth day of October, 2010 before me, the subscriber, An Attorney at Law of New Jersey, personally appeared Frank J. Provenzano, Sr., Sheriff of the County of Somerset aforesaid, who is I am satisfied, the grantor in the within indenture named, and I having first made known to him the contents thereof he did thereupon acknowledge that he sign, sealed and delivered the same as his voluntary act and deed, for the use and purposes therein expressed, and the full and actual consideration paid or to be paid for the transfer of title to realty evidenced by the within deed, as such consideration is defined in P.L. 1968, c 40, Sec. 1 (c) is $461,000.00.

_____
       Thomas C. Miller
   An Attorney at Law of New Jersey


I, Frank J. Provenzano, Sr., Sheriff of the County of Somerset, State of New Jersey do solemnly swear that the land and real estate described in this deed made by me to Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3, 4837 Watt Avenue, North Highlands, CA 95660, was by me sold by virtue of a good and subsisting execution, as is therein recited, that the money ordered to be made has not been, to my knowledge or belief, paid or satisfied; that the time and place of the sale of said land and real estate was by me duly advertised as required by law, and that the same was cried off and sold to a bona fide purchaser for the best price that could be obtained.

_____
Frank J. Provenzano, Sr., Sheriff


Sworn before me, An Attorney at Law of New Jersey, on this Fourth day of October in the year of our Lord, Two Thousand and Ten.  And I do certify that I have examined the above deed mentioned, and do approve the same and order it to be recorded as a good and sufficient conveyance of the lands and real estate therein described.

_____
       Thomas C. Miller
   An Attorney at Law of New Jersey

Sale No. 9328

# Deed

## Frank J. Provenzano, Sr.
### Sheriff of Somerset County
### To

Wells Fargo Bank, NA as Trustee under
Pooling and Servicing Agreement dated as of
July 1, 2006 Securitized Asset Backed
Receivables LLC Trust 2006-FR3 Mortgage
Pass-Through Certificates, Series 2006-FR3
4837 Watt Avenue
North Highlands, CA 95660

Consideration          $461,000.00

Dated, October 4, 2010

Received in the Clerk's Office of the
County of Somerset, on the _____ day
of _____, 201___
at _____ and recorded
in Book _____ of Deeds for
said County, Page _____

_____ Clerk.

Page 0

When recorded return to:

FEIN, SUCH, KAHN & SHEPARD, P.C.
COUNSELLORS AT LAW
7 CENTURY DRIVE
SUITE 201
PARSIPPANY, NEW JERSEY 07054

**EXHIBIT J**

*12/21/2010*

| | | | |
|---|---|---|---|
| Process Number: | 1842 | Suffix: A | Date Received: 12/21/2010 |
| Docket Number: | F-22089-08 | Division: | Chancery |

Check Number: 176779   Check Amount: $54.80   New Fee Amt: $50.00
Lawyer on check: FEIN, SUCH, KAHN & SHEPARD, P.C.

Defendant Name: GAGE, THOMAS
Defendant Street: 51 HILLCREST BLVD
Defendant Address: WARREN

Service Type: Writ of Possession       Instructions: SCHEDULE A, CERTIFICATION
Municipality: Warren       Mileage Amt: $4.80

Plaintiff Name: WELLS FARGO BANK                    ☐ Out Of State
Lawyer Code:          Firm: SHARI SEFFER
Lawyer Street: 7 CENTURY DRIVE, SUITE 201
Lawyer City: PARSIPPANY       State: NJ   Zip: 07054

---

| 1842 | A | 1/21/2010 | **CIVIL PROCESS - UPDATE ATTEMPTS** |
|---|---|---|---|

| Attempt ☐ | Attempt ☐ | Attempt ☐ | Attempt ☐ | Attempt ☐ | Attempt ☐ | Attempt ☐ | Attempt ☐ |
|---|---|---|---|---|---|---|---|

Service Date: 1/3/2011   Time: 10:59   Disposition: S   Tot Attempts: 1
Serving Officer: Mospak   Andrew   How Served Code: A
Defendant: Gage, Thomas
Relationship To Defendant:
Address Where Served
If Different From Defendant

Comments: Defendant given out date of Feb 22 @ 10 am.   ******Defendant Thomas Gage refused to leave
Premises***#301

# EXHIBIT K

# FEIN, SUCH, KAHN & SHEPARD, P.C.

### COUNSELLORS AT LAW

7 CENTURY DRIVE, SUITE 201
PARSIPPANY, NEW JERSEY 07054
(973) 538-9300

FACSIMILE (973) 538-8234

*www.feinsuch.com*

August 4, 2011

THOMAS GAGE
LUCIA GAGE
51 HILLCREST BOULEVARD
WARREN, NJ 07059

RE:  **WELLS FARGO BANK, NA AS TRUSTEE UNDER POOLING AND SERVICING
AGREEMENT DATED AS OF JULY 1, 2006 SECURITIZED ASSET BACKED
RECEIVABLES LLC TRUST 2006-FR3 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-FR3
vs.  THOMAS GAGE
Account No: 325191088
Our File No: OCE016**

Dear Sir or Madam:

Please be advised that an eviction is scheduled for your house on
August 8, 2011. At that time the SHERIFF OF SOMERSET COUNTY and
movers will be there to take possession and secure the property.
It is suggested that you make sure all your belongings are out of
the premises by that date.


Very truly yours,
FEIN, SUCH, KAHN & SHEPARD

By: Felicia Ekejiuba

Certified Mail, R.R.R. and regular mail

cc:  OCWEN FEDERAL BANK, LLC
     Attn: CHINTAN SHUKLA
     SHERIFF OF SOMERSET COUNTY

# EXHIBIT L

Entered in the records of executions
issued in the Superior Court Clerk's
Office

## Writ# 002779F11

FEIN, SUCH, KAHN & SHEPARD, PC
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Plaintiff
OCE016

| | |
|---|---|
| WELLS FARGO BANK, NA AS TRUSTEE | : SUPERIOR COURT OF NEW JERSEY |
| UNDER POOLING AND SERVICING | : CHANCERY DIVISION |
| AGREEMENT DATED AS OF JULY 1, 2006 | : SOMERSET COUNTY |
| SECURITIZED ASSET BACKED | : |
| RECEIVABLES LLC TRUST 2006-FR3 | : |
| MORTGAGE PASS-THROUGH | : |
| CERTIFICATES, SERIES 2006-FR3 | : Docket No. F-22089-08 |
| | : |
| Plaintiff, | : |
| | : Civil Action |
| vs | : |
| | : |
| THOMAS GAGE, et al., | : |
| | : |
| Defendants. | : **WRIT OF POSSESSION** |

THE STATE OF NEW JERSEY

to the Sheriff of the County of SOMERSET

GREETINGS:

WHEREAS, on April 13, 2010, by a certain judgment of

the Superior Court of New Jersey, Chancery Division, SOMERSET

County, in a cause therein pending, wherein the Plaintiff is

WELLS FARGO BANK, NA AS TRUSTEE UNDER POOLING AND SERVICING

AGREEMENT DATED AS OF JULY 1, 2006 SECURITIZED ASSET BACKED

RECEIVABLES LLC TRUST 2006-FR3 MORTGAGE PASS-THROUGH

CERTIFICATES, SERIES 2006-FR3 and THOMAS GAGE; LUCIA GAGE;

AMERICAN EXPRESS TRAVEL RELATED SERVICES; JAEGER LUMBER & SUPPLY

CO., INC. and SUMMIT MEDICAL GROUP; the Defendants, it was

ordered and adjudged that the Plaintiff, its assignee or the

successful bidder at Sheriff's Sale recover the possession of the

lands and premises, with the appurtenances, described in its

Complaint from the following Defendant(s) and all who hold under

said Defendant(s): **THOMAS GAGE and LUCIA GAGE**, which premises are

more particularly set forth on Rider annexed hereto and made a

part hereof, the possession of which said land and premises the

said Defendants have hitherto unlawfully deprived the said

Plaintiff and or its assignee, as appears to us of record.

THEREFORE, you are hereby commanded that, without

delay, you cause the said Plaintiff to have possession of the

said land premises with the appurtenances thereunto belonging and

appertaining; and make known to the said Superior Court of New

Jersey aforesaid at Trenton within six months, the manner in

which you shall have executed this writ, and have you then and

there this writ.

THEREFORE, if upon the Sheriff executing the filed Writ

of Possession, the occupant(s) refuse to leave the premises, the

Sheriff is commanded to exercise the right to remove said

occupant(s) by any force or other means necessary.

MARY C. JACOBSON, P.J.Ch

WITNESS, the Honorable _____, Judge of

the Superior Court of Trenton, aforesaid, this __2nd__ day of

_____August_____, 2011.



_____
JENNIFER M. PEREZ, ESQ., ACTING CLERK
Jennifer M. Perez, Esq.
Acting Clerk of Superior Court

FEIN SUCH, KAHN & SHEPARD, PC
Attorneys for Plaintiff

s/ FELICIA EKEJIUBA

FILED Jun 02, 2011

FEIN, SUCH, KAHN & SHEPARD, PC
7 Century Drive - Suite 201
Parsippany, New Jersey  07054
Attorneys for Plaintiff
(973) 538-9300
OCE016

| | |
|---|---|
| WELLS FARGO BANK, NA AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JULY 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-FR3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FR3, | : SUPERIOR COURT OF NEW JERSEY<br>: CHANCERY DIVISION:<br>: SOMERSET COUNTY<br>:<br>:<br>:<br>: Docket No. F-22089-08<br>:<br>: |
| Plaintiff, | : Civil Action<br>: |
| -v- | :<br>: |
| THOMAS GAGE, et al., | :<br>: |
| Defendants. | : **CERTIFICATION TO SUPPORT**<br>: **ISSUANCE OF WRIT OF POSSESSION** |

FELICIA EKEJIUBA, ESQ., does hereby certify:

1.  I am an Attorney-at-Law of the State of New Jersey and an associate of the law firm of FEIN, SUCH, KAHN & SHEPARD, PC, attorneys for WELLS FARGO BANK, NA AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JULY 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-FR3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FR3, the  successful bidder at Sheriff's Sale, which took place on July 6, 2010.

2.  This certification is given to support the issuance of the Writ of Possession so that the Court will issue the Writ of Possession and the Sheriff of SOMERSET County may evict the occupants at the mortgaged premises who are not tenants protected by the provisions of the New Jersey Tenants Anti-Eviction Statute

(NJSA 2A: 18-61.1 <u>et seq</u>.)

     3.   The premises for which the execution of the Writ of Possession is requested in the above matter is as follows:

     51 HILLCREST BOULEVARD

     WARREN, NJ 07059

     4.   The following entities are not protected by the provisions of the NJ tenant anti-eviction statute, as enunciated in the N.J. Supreme Court case of <u>Chase vs. Josephson</u> but are the former owners or the families of the former owners who are not protected by the statute:

     THOMAS GAGE

     LUCIA GAGE

     5. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.


                           <u>s/ Felicia Ekejiuba, Esq.</u>


DATED: June 1, 2011

SCHEDULE "A"

All that certain tract or parcel of land and premises situate, lying and being in the Township of Warren, County of Somerset and State of New Jersey.

Also known as Tax Lot 19 in Block 86.01 on the Tax Assessment map of the Township of Warren.

More commonly known as 51 HILLCREST BLVD, WARREN, NJ, 07059.

BEING known and designated as Lot 38 as shown on map entitled "Map of Property situated in Warren Township, Somerset near the City of Plainfield, New Jersey, Property of the Klink Realty and Improvement Company" filed on August 2, 1923 as Map No. M-24.

FOR INFORMATIONAL PURPOSES ONLY: Also known as Lot 19 in Block 86.01 on the Township of Warren Tax Map.

# EXHIBIT M

Process Number: 972   Suffix: A   Date Received: 8/5/2011
Docket Number: F-22089-08   Division: Chancery

Check Number: 188776   Check Amount: $54.80   New Fee Amt: $0.00
Lawyer on check: FEIN, SUCH, KAHN & SHEPARD, PC

Defendant Name: GAGE, THOMAS
Defendant Street: 51 HILLCREST BOULEVARD
Defendant Address: WARREN

Service Type: Writ of Possession   Instructions: CERTIFICATION
Municipality: Warren   Mileage Amt: $0.00

Plaintiff Name: WELLS FARGO BANK, NA AS TRUSTEE   ☐ Out Of State
Lawyer Code:   Firm: FEIN, SUCH, KAHN & SHEPARD
Lawyer Street: 7 CENTURY DRIVE, SUITE 201
Lawyer City: PARSIPPANY   State: NJ   Zip: 07054

---

972 A 8/5/2011   CIVIL PROCESS - UPDATE ATTEMPTS

| Attempt | Attempt | Attempt | Attempt | Attempt | Attempt | Attempt | Attempt |
|---------|---------|---------|---------|---------|---------|---------|---------|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Service Date: 8/8/2011   Time: 10:00   Disposition: S   Tot Attempts: 1
Serving Officer   DeRosa   Michael   How Served Code: A
Defendant:   Gage, Thomas
Relationship To Defendant:
Address Where Served
If Different From Defendant

Comments: Defendants vacated property on above date and time. All defendants property removed from premises